UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL WEBB,<br><br>             Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS,<br><br>             Defendant. | 1:14-cv-01528-MJS (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Document# 16) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On November 18, 2014, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on November 7, 2014, IT IS HEREBY ORDERED THAT plaintiff's application of November 18, 2014, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   November 19, 2014              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

1